**Electronically Filed
Supreme Court
SCWC-10-0000181
01-JUL-2016
11:00 AM**

SCWC-10-0000181

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE:  MARN FAMILY LITIGATION

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000181; MASTER FILE NO. 00-1-MFL)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Alexander Y. Marn, et al's Application for Writ of Certiorari filed on May 23, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 1, 2016.

| | |
|---|---|
| Alexander Y. Marn, individually, and Alexander Y. Marn, and Ernestine L. Marn, as Co-trustees of the Revocable Living Trust Agreement of Alexander Y. Marn, petitioners-pro se | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Sabrina S. McKenna<br><br>/s/ Richard W. Pollack |
| Steven Guttman and Dawn Egusa for James. K. M. Dunn, as Successor Trustee of the Annabelle Y. Dunn Trust, Dated June 18, 1991 | /s/ Michael D. Wilson |
| Mark B. Desmarais for James Y. Marn, Jr. | |

